UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN D. ACKERMAN,

              Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

              Defendant.

CASE NO. C13-5914BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court

having considered the R&R and the remaining record, and no objections having been

filed, does hereby find and order as follows:

    (1)      The R&R is **ADOPTED**;

    (2)      Defendant's decision is **REVERSED**; and

    (3)      This action is **REMANDED** for further administrative proceedings in
              accordance with the findings contained in the R&R.

Dated this 18th day August, 2014.

                                                  
BENJAMIN H. SETTLE
United States District Judge